| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Stahl, Norman H. | 2. Court or Organization<br><br>US Court of Appeals - 1st Circuit | 3. Date of Report<br><br>05/21/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>US Court of Appeals<br>1 Courthouse Way, Suite 8730<br>Boston, Massachusetts 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 MAY 27 A 11: 08 RECEIVED

Stahl, Norman H.

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. /09Ashland House Associates | E | Distribution | M | W | | | | | |
| 2. Indian Trail Groves | A | Distribution | | | Sold | 12/31/09 | J | | |
| 3. Cmn Stk, Exxon Mobil | A | Dividend | K | T | | | | | |
| 4. Cmn Stk. Johnson & Johnson (Y) | | | | | | | | | |
| 5. Cmn Stk, Pepsico | A | Dividend | K | T | | | | | |
| 6. Cmn Stk, Exxon Mobil | C | Dividend | M | T | | | | | |
| 7. Shrs, Europacific Growth Fund - IRA | C | Dividend | L | T | | | | | |
| 8. Shrs, Washington Mutual Investors Fund - IRA | C | Dividend | L | T | | | | | |
| 9. Shrs, Europacific Growth Fund - IRA | B | Dividend | K | T | | | | | |
| 10. Shrs, Washington Mutual Investors Fund - IRA | B | Dividend | K | T | | | | | |
| 11. Cmn Stk, Stryker Corp | A | Dividend | | | Sold | 01/22/09 | L | F | |
| 12. Ckg Acct, Martha's Vinyard Savings (formerly Cooperative Bk) | A | Interest | J | T | | | | | |
| 13. Cmn Stk, General Electric Co | | None | | | Sold | 01/22/09 | K | E | |
| 14. Massachusetts St Bond 6%, 11/1/10 | B | Interest | K | T | | | | | |
| 15. Massachusetts Bay Trans Auth Bond 5.5%, 3/11/11 | B | Interest | K | T | | | | | |
| 16. Dighton & Rehoboth MA Bond 4.75%, 5/1/13 | B | Interest | K | T | | | | | |
| 17. Wenham MA Bond 4.9%, 6/1/17 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cmn Stk, Kellogg Co | B | Dividend | K | T | | | | | |
| 19. Cmn Stk, Target Corp | A | Dividend | | | Sold | 04/07/09 | K | | |
| 20. Cmn Stk, Kellogg Co | A | Dividend | K | T | Sold (part) | 05/28/09 | J | B | |
| 21. | | | | | Buy (add'l) | 09/22/09 | J | | |
| 22. MM Acct, Citizens Bank | A | Interest | K | T | | | | | |
| 23. Cmn Stk, Target | | None | | | Sold | 01/22/09 | K | A | |
| 24. Cmn Stk, Proctor & Gamble | A | Dividend | | | Sold | 01/22/09 | K | B | |
| 25. Cmn Stk, Charles Schwab Corp | A | Dividend | K | T | | | | | |
| 26. Waterford WI 5% 4/1/13 Bond | A | Interest | | | Sold | 05/14/09 | K | | |
| 27. Cmn Stk, Charles Schwab Corp | A | Dividend | J | T | Sold (part) | 05/18/09 | J | D | |
| 28. | | | | | Sold (part) | 06/03/09 | J | B | |
| 29. | | | | | Buy (add'l) | 09/23/09 | J | | |
| 30. | | | | | Buy (add'l) | 12/10/09 | J | | |
| 31. Cmn Stk, Proctor & Gamble (Y) | | | | | | | | | |
| 32. Cmn Stk, Walt Disney Co | A | Dividend | | | Sold | 04/07/09 | K | | |
| 33. Cmn Stk, Pepsico | B | Dividend | L | T | | | | | |
| 34. Massachusetts St Wtr 5.5% 8/1/09 Bond | B | Interest | | | Redeemed | 08/03/09 | K | | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal           R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
   (See Column C2)            U =Book Value          V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northwest Allen Ind Sch 5% 7/15/13 Bond | A | Interest | | | Sold | 02/05/09 | K | | |
| 36. Cmn Stk, Walt Disney Co | | None | | | Sold | 03/09/09 | K | | |
| 37. Cmn Stk, EBAY Inc. | | None | K | T | Buy | 08/10/09 | J | | |
| 38. | | | | | Buy (add'l) | 08/11/09 | J | | |
| 39. | | | | | Buy (add'l) | 08/14/09 | J | | |
| 40. | | | | | Buy (add'l) | 08/19/09 | J | | |
| 41. | | | | | Buy (add'l) | 09/03/09 | J | | |
| 42. | | | | | Buy (add'l) | 09/08/09 | J | | |
| 43. | | | | | Buy (add'l) | 09/11/09 | J | | |
| 44. | | | | | Buy (add'l) | 10/07/09 | J | | |
| 45. | | | | | Buy (add'l) | 10/27/09 | J | | |
| 46. | | | | | Buy (add'l) | 11/04/09 | J | | |
| 47. Las Vegas NV GO 5% 4/1/15 Bond | A | Interest | K | T | | | | | |
| 48. Lowell MA GO 5% 12/15/15 Bond | B | Interest | K | T | | | | | |
| 49. Methuen MA GO 5% 10/15/14 Bond | B | Interest | K | T | | | | | |
| 50. Cmn Stk, Adobe Systems | | None | J | T | Buy (add'l) | 05/20/09 | J | | |
| 51. | | | | | Buy (add'l) | 05/21/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 06/18/09 | J | | |
| 53. | | | | | Sold (part) | 08/18/09 | J | A | |
| 54. Cmn Stk, Celgene | | None | K | T | Buy | 05/20/09 | J | | |
| 55. | | | | | Buy (add'l) | 05/21/09 | J | | |
| 56. | | | | | Buy (add'l) | 06/15/09 | J | | |
| 57. | | | | | Sold (part) | 10/22/09 | J | A | |
| 58. Cmn Stk, Google | | None | K | T | Buy | 05/21/09 | K | | |
| 59. | | | | | Sold (part) | 10/09/09 | J | A | |
| 60. | | | | | Sold (part) | 11/12/09 | J | B | |
| 61. Restricted Cash Acct, DSM Capital Partners LLC - IRA | B | Interest | O | T | | | | | |
| 62. Cmn Stk, Adobe Systems - IRA | | None | K | T | Sold (part) | 01/06/09 | J | | |
| 63. | | | | | Buy (add'l) | 05/27/09 | J | | |
| 64. | | | | | Sold (part) | 08/18/09 | J | | |
| 65. | | | | | Sold (part) | 09/14/09 | J | | |
| 66. Cmn Stk, Celgene - IRA | | None | L | T | Buy | 05/07/09 | K | | |
| 67. | | | | | Buy (add'l) | 05/11/09 | J | | |
| 68. | | | | | Buy (add'l) | 05/15/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/18/09 | J | | |
| 70. | | | | | Buy (add'l) | 05/20/09 | J | | |
| 71. | | | | | Buy (add'l) | 05/22/09 | J | | |
| 72. | | | | | Buy (add'l) | 06/16/09 | J | | |
| 73. | | | | | Sold (part) | 10/22/09 | J | C | |
| 74. Cmn Stk, Google - IRA | | None | L | T | Sold (part) | 01/05/09 | J | | |
| 75. | | | | | Sold (part) | 01/06/09 | J | | |
| 76. | | | | | Sold (part) | 02/11/09 | J | | |
| 77. | | | | | Sold (part) | 02/12/09 | J | | |
| 78. | | | | | Sold (part) | 02/26/09 | J | | |
| 79. | | | | | Sold (part) | 04/22/09 | J | | |
| 80. | | | | | Sold (part) | 06/03/09 | J | | |
| 81. | | | | | Sold (part) | 06/04/09 | J | | |
| 82. | | | | | Sold (part) | 09/16/09 | J | | |
| 83. | | | | | Sold (part) | 10/05/09 | J | | |
| 84. | | | | | Sold (part) | 10/07/09 | J | | |
| 85. | | | | | Sold (part) | 11/05/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/12/09 | J | | |
| 87. Restricted Cash Acct, DSM Capital Partners LLC | E | Dividend | N | T | | | | | |
| 88. Massachusetts St Sch Bldg Auth Bond, 5%, 10/15/14 | B | Interest | K | T | | | | | |
| 89. Jefferson Cnty Al Ltd Oblig Bond, 5.25%, 1/1/16 | A | Interest | J | T | | | | | |
| 90. Schwab Cash Reserve | A | Dividend | O | T | | | | | |
| 91. US Treasury Bill, 3/19/09 | B | Interest | | | Sold | 03/19/09 | N | | |
| 92. Cmn Stk, Amazon.com - IRA | | None | | | Sold (part) | 02/06/09 | J | | |
| 93. | | | | | Sold (part) | 02/20/09 | J | | |
| 94. | | | | | Sold (part) | 03/11/09 | J | | |
| 95. | | | | | Sold | 03/18/09 | J | | |
| 96. Cmn Stk, Abbot Labs - IRA | B | Dividend | K | T | Buy (add'l) | 03/02/09 | J | | |
| 97. | | | | | Buy (add'l) | 03/04/09 | J | | |
| 98. | | | | | Buy (add'l) | 03/16/09 | J | | |
| 99. | | | | | Buy (add'l) | 04/07/09 | J | | |
| 100. | | | | | Buy (add'l) | 04/08/09 | J | | |
| 101. | | | | | Buy (add'l) | 04/09/09 | J | | |
| 102. | | | | | Buy (add'l) | 04/20/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy (add'l) | 05/05/09 | J | | |
| 104. | | | | | Buy (add'l) | 05/21/09 | J | | |
| 105. | | | | | Sold (part) | 06/19/09 | J | | |
| 106. | | | | | Sold (part) | 06/30/09 | J | | |
| 107. | | | | | Sold (part) | 07/06/09 | J | | |
| 108. | | | | | Sold (part) | 07/10/09 | J | | |
| 109. | | | | | Sold (part) | 08/14/09 | J | | |
| 110. | | | | | Sold (part) | 12/15/09 | J | | |
| 111. Cmn Stk, Campbell Soup Co - IRA | A | Dividend | | | Buy (add'l) | 02/11/09 | J | | |
| 112. | | | | | Buy (add'l) | 02/27/09 | J | | |
| 113. | | | | | Sold (part) | 05/01/09 | J | | |
| 114. | | | | | Sold (part) | 05/04/09 | J | | |
| 115. | | | | | Buy (add'l) | 05/21/09 | J | | |
| 116. | | | | | Sold (part) | 06/22/09 | K | | |
| 117. | | | | | Sold | 06/23/09 | K | A | |
| 118. Cmn Stk, Coca-Cola Co - IRA | C | Dividend | L | T | Sold (part) | 06/18/09 | J | | |
| 119. | | | | | Sold (part) | 07/13/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 09/02/09 | J | | |
| 121. | | | | | Sold (part) | 10/21/09 | J | | |
| 122. | | | | | Sold (part) | 11/02/09 | J | | |
| 123. | | | | | Sold (part) | 12/14/09 | J | A | |
| 124. Cmn Stk, Diageo PLC - IRA | C | Dividend | L | T | Buy (add'l) | 03/18/09 | J | | |
| 125. | | | | | Sold (part) | 05/01/09 | K | | |
| 126. | | | | | Sold (part) | 05/04/09 | J | | |
| 127. | | | | | Sold (part) | 05/05/09 | J | | |
| 128. | | | | | Sold (part) | 05/06/09 | J | | |
| 129. | | | | | Buy (add'l) | 06/10/09 | K | | |
| 130. | | | | | Sold (part) | 08/31/09 | J | | |
| 131. | | | | | Sold (part) | 12/16/09 | J | | |
| 132. Cmn Stk, Walt Disney Co - IRA | | None | | | Sold (part) | 02/04/09 | K | | |
| 133. | | | | | Sold | 02/06/09 | J | | |
| 134. Cmn Stk. Ecolab - IRA | A | Dividend | | | Sold (part) | 04/21/09 | J | | |
| 135. | | | | | Sold (part) | 05/07/09 | J | | |
| 136. | | | | | Sold (part) | 05/08/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold | 05/12/09 | J | | |
| 138. Cmn Stk, Kellogg Co - IRA | B | Dividend | M | T | Buy (add'l) | 03/23/09 | J | | |
| 139. | | | | | Buy (add'l) | 06/10/09 | J | | |
| 140. | | | | | Buy (add'l) | 09/22/09 | J | | |
| 141. | | | | | Buy (add'l) | 11/03/09 | J | | |
| 142. | | | | | Buy (add'l) | 12/22/09 | J | | |
| 143. Cmn Stk, Marvel Entertainment - IRA | | None | | | Sold (part) | 01/06/09 | J | | |
| 144. | | | | | Sold (part) | 01/21/09 | J | | |
| 145. | | | | | Sold (part) | 02/17/09 | J | | |
| 146. | | | | | Sold (part) | 02/23/09 | J | | |
| 147. | | | | | Sold (part) | 02/24/09 | J | | |
| 148. | | | | | Sold (part) | 05/05/09 | J | | |
| 149. | | | | | Sold (part) | 07/10/09 | J | A | |
| 150. | | | | | Sold (part) | 9/03/09 | J | C | |
| 151. | | | | | Sold | 09/18/09 | K | D | |
| 152. Cmn Stk, McDonalds - IRA | C | Dividend | M | T | Buy (add'l) | 05/06/09 | J | | |
| 153. | | | | | Buy (add'l) | 05/20/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman II. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/28/09 | K | | |
| 155. | | | | | Buy (add'l) | 08/04/09 | J | | |
| 156. Cmn Stk, Netflix.com - IRA | | None | L | T | Buy (add'l) | 02/17/09 | J | | |
| 157. | | | | | Sold (part) | 04/13/09 | J | B | |
| 158. | | | | | Buy (add'l) | 05/12/09 | J | | |
| 159. | | | | | Buy (add'l) | 05/13/09 | J | | |
| 160. | | | | | Buy (add'l) | 05/18/09 | J | | |
| 161. | | | | | Buy (add'l) | 05/19/09 | J | | |
| 162. | | | | | Buy (add'l) | 05/21/09 | J | | |
| 163. | | | | | Buy (add'l) | 06/26/09 | J | | |
| 164. | | | | | Buy (add'l) | 07/29/09 | J | | |
| 165. | | | | | Buy (add'l) | 07/30/09 | J | | |
| 166. | | | | | Buy (add'l) | 09/09/09 | J | | |
| 167. | | | | | Sold (part) | 10/05/09 | J | A | |
| 168. | | | | | Sold (part) | 10/15/09 | J | A | |
| 169. | | | | | Sold (part) | 10/23/09 | J | B | |
| 170. | | | | | Sold (part) | 11/05/09 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 11/17/09 | J | C | |
| 172. Cmn Stk, Nestle SA - IRA | B | Dividend | L | T | Buy (add'l) | 02/10/09 | J | | |
| 173. | | | | | Buy (add'l) | 03/23/09 | J | | |
| 174. | | | | | Buy (add'l) | 04/28/09 | J | | |
| 175. | | | | | Buy (add'l) | 06/10/09 | J | | |
| 176. | | | | | Sold (part) | 08/21/09 | K | | |
| 177. | | | | | Sold (part) | 08/24/09 | J | | |
| 178. | | | | | Sold (part) | 10/19/09 | K | | |
| 179. | | | | | Sold (part) | 10/21/09 | J | | |
| 180. | | | | | Sold (part) | 10/22/09 | J | | |
| 181. Cmn Stk, Nokia - IRA | A | Dividend | | | Sold (part) | 03/31/09 | J | | |
| 182. | | | | | Sold | 07/22/09 | K | | |
| 183. Cmn Stk, Scripps Networks Interactive - IRA | A | Dividend | L | T | Buy (add'l) | 02/09/09 | J | | |
| 184. | | | | | Sold (part) | 04/30/09 | J | | |
| 185. | | | | | Sold (part) | 05/04/09 | J | | |
| 186. | | | | | Sold (part) | 05/06/09 | J | | |
| 187. | | | | | Buy (add'l) | 05/27/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period — (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period — (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | D. Transactions during reporting period — (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Sold (part) | 08/10/09 | J | | |
| 189. | | | | | Sold (part) | 09/14/09 | J | | |
| 190. | | | | | Sold (part) | 09/16/09 | J | | |
| 191. | | | | | Sold (part) | 09/17/09 | J | | |
| 192. | | | | | Sold (part) | 09/18/09 | J | | |
| 193. | | | | | Sold (part) | 10/01/09 | J | | |
| 194. | | | | | Sold (part) | 10/14/09 | J | | |
| 195. | | | | | Sold (part) | 10/26/09 | J | | |
| 196. | | | | | Sold (part) | 12/17/09 | J | A | |
| 197. Cmn Stk, Charles Schwab Corp - IRA | A | Dividend | J | T | Buy (add'l) | 01/23/09 | J | | |
| 198. | | | | | Buy (add'l) | 01/26/09 | J | | |
| 199. | | | | | Buy (add'l) | 01/27/09 | J | | |
| 200. | | | | | Buy (add'l) | 02/03/09 | J | | |
| 201. | | | | | Buy (add'l) | 02/05/09 | J | | |
| 202. | | | | | Sold (part) | 03/25/09 | J | | |
| 203. | | | | | Sold (part) | 03/26/09 | J | ∧ | |
| 204. | | | | | Sold (part) | 04/09/09 | J | B | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 06/17/09 | J | | |
| 206. | | | | | Buy (add'l) | 09/23/09 | J | | |
| 207. | | | | | Buy (add'l) | 12/04/09 | J | | |
| 208. | | | | | Buy (add'l) | 12/10/09 | J | | |
| 209. | | | | | Buy (add'l) | 12/15/09 | J | | |
| 210. | | | | | Buy (add'l) | 12/18/09 | J | | |
| 211. Cmn Stk, Starbucks - IRA | | None | | | Sold (part) | 01/06/09 | J | | |
| 212. | | | | | Sold (part) | 01/27/09 | J | | |
| 213. | | | | | Sold (part) | 01/28/09 | J | | |
| 214. | | | | | Sold (part) | 02/27/09 | J | | |
| 215. | | | | | Sold (part) | 03/13/09 | J | | |
| 216. | | | | | Sold (part) | 03/17/09 | J | | |
| 217. | | | | | Sold (part) | 03/26/09 | J | A | |
| 218. | | | | | Sold (part) | 04/30/09 | J | B | |
| 219. | | | | | Buy (add'l) | 05/27/09 | J | | |
| 220. | | | | | Sold (part) | 07/17/09 | J | A | |
| 221. | | | | | Sold (part) | 07/20/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 07/21/09 | J | C | |
| 223. Cmn Stk, Time Warner - IRA | C | Dividend | M | T | Buy (add'l) | 01/16/09 | K | | |
| 224. | | | | | Buy (add'l) | 01/20/09 | J | | |
| 225. | | | | | Buy (add'l) | 01/28/09 | J | | |
| 226. | | | | | Buy (add'l) | 02/12/09 | J | | |
| 227. | | | | | Buy (add'l) | 02/13/09 | J | | |
| 228. | | | | | Buy (add'l) | 02/18/09 | J | | |
| 229. | | | | | Buy (add'l) | 02/20/09 | J | | |
| 230. | | | | | Buy (add'l) | 02/23/09 | J | | |
| 231. | | | | | Buy (add'l) | 02/24/09 | J | | |
| 232. | | | | | Buy (add'l) | 02/25/09 | J | | |
| 233. | | | | | Buy (add'l) | 03/05/09 | J | | |
| 234. | | | | | Sold (part) | 04/02/09 | J | | |
| 235. | | | | | Buy (add'l) | 04/09/09 | J | | |
| 236. | | | | | Buy (add'l) | 04/24/09 | J | | |
| 237. | | | | | Buy (add'l) | 04/28/09 | J | | |
| 238. | | | | | Buy (add'l) | 05/04/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Buy (add'l) | 05/05/09 | J | | |
| 240. | | | | | Buy (add'l) | 05/26/09 | J | | |
| 241. | | | | | Buy (add'l) | 05/27/09 | J | | |
| 242. | | | | | Sold (part) | 08/07/09 | J | B | |
| 243. | | | | | Sold (part) | 10/19/09 | J | B | |
| 244. | | | | | Sold (part) | 10/29/09 | J | B | |
| 245. | | | | | Sold (part) | 10/30/09 | J | B | |
| 246. | | | | | Buy (add'l) | 12/22/09 | J | | |
| 247. Cmn Stk, Visa - IRA | A | Dividend | | | Sold | 01/07/09 | K | | |
| 248. Cmn Stk, Western Union - IRA | A | Dividend | | | Sold (part) | 01/06/09 | J | | |
| 249. | | | | | Buy (add'l) | 05/22/09 | J | | |
| 250. | | | | | Sold (part) | 06/29/09 | J | | |
| 251. | | | | | Sold (part) | 08/05/09 | J | | |
| 252. | | | | | Sold | 08/06/09 | K | | |
| 253. Cmn Stk, Wal-Mart Stores - IRA | B | Dividend | M | T | Buy (add'l) | 05/06/09 | J | | |
| 254. | | | | | Buy (add'l) | 05/11/09 | J | | |
| 255. | | | | | Buy (add'l) | 05/20/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | K =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 06/03/09 | J | | |
| 257. | | | | | Buy (add'l) | 06/10/09 | J | | |
| 258. | | | | | Buy (add'l) | 07/22/09 | J | | |
| 259. | | | | | Buy (add'l) | 07/23/09 | J | | |
| 260. | | | | | Buy (add'l) | 09/22/09 | J | | |
| 261. | | | | | Sold (part) | 12/11/09 | J | | |
| 262. US Treasury Bill, 3/12/09 - IRA | | None | | | Redeemed | 03/12/09 | N | | |
| 263. US Treasury Bill, 6/4/09 - IRA | | None | | | Redeemed | 06/04/09 | N | | |
| 264. Massachusetts St Dev Fin Bond, 5%, 9/1/19 | B | Interest | K | T | | | | | |
| 265. US Treasury Bill, 3/19/09 | B | Interest | | | Redeemed | 03/19/09 | M | | |
| 266. Cmn Stk, Abbot Labs | A | Dividend | J | T | Buy | 05/20/09 | J | | |
| 267. | | | | | Buy (add'l) | 06/12/09 | J | | |
| 268. | | | | | Sold (part) | 06/24/09 | J | A | |
| 269. | | | | | Sold (part) | 06/30/09 | J | A | |
| 270. | | | | | Sold (part) | 07/06/09 | J | A | |
| 271. | | | | | Sold (part) | 07/10/09 | J | A | |
| 272. | | | | | Sold (part) | 08/14/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Cmn Stk, Nestle SA | | None | K | T | Buy | 05/20/09 | K | | |
| 274. | | | | | Buy (add'l) | 06/16/09 | J | | |
| 275. | | | | | Sold (part) | 08/24/09 | J | A | |
| 276. | | | | | Sold (part) | 10/19/09 | J | A | |
| 277. Cmn Stk, Qualcomm | A | Dividend | K | T | Buy | 08/11/09 | J | | |
| 278. | | | | | Buy (add'l) | 08/14/09 | J | | |
| 279. | | | | | Buy (add'l) | 09/03/09 | J | | |
| 280. | | | | | Buy (add'l) | 09/23/09 | J | | |
| 281. | | | | | Buy (add'l) | 10/15/09 | J | | |
| 282. | | | | | Buy (add'l) | 11/02/09 | J | | |
| 283. Cmn Stk, Western Union | | None | | | Buy | 05/20/09 | J | | |
| 284. | | | | | Buy (add'l) | 06/12/09 | J | | |
| 285. | | | | | Sold (part) | 08/05/09 | J | A | |
| 286. | | | | | Sold | 08/06/09 | J | A | |
| 287. Bk Clarke Cnty CD 0.85%, 06/08/09 | A | Interest | | | Buy | 02/06/09 | M | | |
| 288. | | | | | Redeemed | 06/08/09 | M | | |
| 289. M&I Marshall Bk CD 0.80%, 05/11/09 | A | Interest | | | Buy | 02/10/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Redeemed | 05/11/09 | M | | |
| 291. US Treasury Bill, 04/30/09 | A | Interest | | | Buy | 03/20/09 | N | | |
| 292. | | | | | Redeemed | 04/30/09 | N | | |
| 293. US Treasury Bill, 06/11/09 | A | Interest | | | Buy | 05/01/09 | N | | |
| 294. | | | | | Redeemed | 06/11/09 | N | | |
| 295. Cmn Stk, Hasbro Inc - IRA | B | Dividend | M | T | Buy | 06/24/09 | K | | |
| 296. | | | | | Buy (add'l) | 06/25/09 | K | | |
| 297. | | | | | Buy (add'l) | 06/26/09 | K | | |
| 298. | | | | | Buy (add'l) | 07/06/09 | J | | |
| 299. | | | | | Buy (add'l) | 07/09/09 | J | | |
| 300. | | | | | Buy (add'l) | 07/13/09 | J | | |
| 301. | | | | | Buy (add'l) | 07/24/09 | J | | |
| 302. | | | | | Buy (add'l) | 07/27/09 | J | | |
| 303. | | | | | Buy (add'l) | 08/14/09 | J | | |
| 304. | | | | | Buy (add'l) | 10/22/09 | J | | |
| 305. | | | | | Buy (add'l) | 10/23/09 | J | | |
| 306. | | | | | Buy (add'l) | 11/04/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 11/10/09 | J | | |
| 308. | | | | | Sold (part) | 12/01/09 | J | A | |
| 309. | | | | | Sold (part) | 12/07/09 | J | A | |
| 310. | | | | | Sold (part) | 12/16/09 | J | A | |
| 311. | | | | | Sold (part) | 12/22/09 | J | A | |
| 312. Cmn Stk, EBAY Inc - IRA | None | | M | T | Buy | 08/10/09 | J | | |
| 313. | | | | | Buy (add'l) | 08/11/09 | J | | |
| 314. | | | | | Buy (add'l) | 08/14/09 | J | | |
| 315. | | | | | Buy (add'l) | 08/19/09 | J | | |
| 316. | | | | | Buy (add'l) | 08/31/09 | J | | |
| 317. | | | | | Buy (add'l) | 09/03/09 | J | | |
| 318. | | | | | Buy (add'l) | 09/09/09 | J | | |
| 319. | | | | | Buy (add'l) | 09/11/09 | J | | |
| 320. | | | | | Buy (add'l) | 10/07/09 | J | | |
| 321. | | | | | Buy (add'l) | 10/27/09 | K | | |
| 322. | | | | | Buy (add'l) | 11/04/09 | J | | |
| 323. | | | | | Buy (add'l) | 11/20/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 11/23/09 | J | | |
| 325. | | | | | Buy (add'l) | 12/04/09 | J | | |
| 326. | | | | | Buy (add'l) | 12/07/09 | J | | |
| 327. | | | | | Buy (add'l) | 12/15/09 | J | | |
| 328. Cmn Stk, Gilead Sciences Inc - IRA | | None | L | T | Buy | 06/10/09 | J | | |
| 329. | | | | | Buy (add'l) | 06/15/09 | K | | |
| 330. | | | | | Buy (add'l) | 06/29/09 | J | | |
| 331. | | | | | Buy (add'l) | 07/06/09 | J | | |
| 332. | | | | | Buy (add'l) | 07/27/09 | J | | |
| 333. | | | | | Buy (add'l) | 08/27/09 | J | | |
| 334. | | | | | Buy (add'l) | 09/02/09 | J | | |
| 335. | | | | | Buy (add'l) | 10/26/09 | J | | |
| 336. | | | | | Buy (add'l) | 10/30/09 | J | | |
| 337. | | | | | Buy (add'l) | 12/18/09 | J | | |
| 338. Cmn Stk, Qualcomm Inc - IRA | A | Dividend | L | T | Buy | 08/11/09 | K | | |
| 339. | | | | | Buy (add'l) | 08/14/09 | J | | |
| 340. | | | | | Buy (add'l) | 09/02/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 09/03/09 | J | | |
| 342. | | | | | Buy (add'l) | 09/09/09 | J | | |
| 343. | | | | | Buy (add'l) | 09/21/09 | J | | |
| 344. | | | | | Buy (add'l) | 09/22/09 | J | | |
| 345. | | | | | Buy (add'l) | 09/23/09 | J | | |
| 346. | | | | | Buy (add'l) | 09/28/09 | J | | |
| 347. | | | | | Buy (add'l) | 10/07/09 | J | | |
| 348. | | | | | Buy (add'l) | 10/14/09 | J | | |
| 349. Cmn Stk, Weight Watchers - IRA | A | Dividend | L | T | Buy | 10/09/09 | J | | |
| 350. | | | | | Buy (add'l) | 10/13/09 | J | | |
| 351. | | | | | Buy (add'l) | 10/20/09 | J | | |
| 352. | | | | | Buy (add'l) | 10/21/09 | J | | |
| 353. | | | | | Buy (add'l) | 10/28/09 | J | | |
| 354. | | | | | Buy (add'l) | 10/29/09 | J | | |
| 355. | | | | | Buy (add'l) | 10/30/09 | J | | |
| 356. | | | | | Buy (add'l) | 11/05/09 | J | | |
| 357. | | | | | Buy (add'l) | 11/16/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Cmn Stk, Unilever - IRA | A | Dividend | L | T | Buy | 07/15/09 | J | | |
| 359. | | | | | Buy (add'l) | 07/16/09 | K | | |
| 360. | | | | | Buy (add'l) | 09/01/09 | J | | |
| 361. | | | | | Buy (add'l) | 09/09/09 | J | | |
| 362. | | | | | Buy (add'l) | 09/10/09 | J | | |
| 363. Cmn Stk, Sherwin-Williams Co. - IRA | A | Dividend | K | T | Buy | 06/08/09 | J | | |
| 364. | | | | | Buy (add'l) | 06/10/09 | J | | |
| 365. | | | | | Buy (add'l) | 06/25/09 | J | | |
| 366. | | | | | Buy (add'l) | 10/23/09 | J | | |
| 367. Cmn Stk, Costco Wholesale Corp - IRA | A | Dividend | K | T | Buy | 02/09/09 | K | | |
| 368. | | | | | Buy (add'l) | 02/19/09 | J | | |
| 369. | | | | | Buy (add'l) | 02/20/09 | J | | |
| 370. | | | | | Buy (add'l) | 02/23/09 | J | | |
| 371. | | | | | Buy (add'l) | 06/02/09 | J | | |
| 372. | | | | | Sold (part) | 08/21/09 | J | A | |
| 373. | | | | | Sold (part) | 08/25/09 | J | A | |
| 374. | | | | | Sold (part) | 08/27/09 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 09/03/09 | J | B | |
| 376. | | | | | Sold (part) | 09/08/09 | J | B | |
| 377. | | | | | Sold (part) | 11/04/09 | J | B | |
| 378. Cmn Stk, Gartner Inc - IRA | | None | K | T | Buy | 12/16/09 | K | | |
| 379. | | | | | Buy (add'l) | 12/17/09 | J | | |
| 380. | | | | | Buy (add'l) | 12/22/09 | J | | |
| 381. | | | | | Buy (add'l) | 12/23/09 | J | | |
| 382. Cmn Stk, McCormick Co Inc - IRA | A | Dividend | K | T | Buy | 03/30/09 | J | | |
| 383. | | | | | Buy (add'l) | 03/31/09 | J | | |
| 384. | | | | | Buy (add'l) | 04/01/09 | J | | |
| 385. | | | | | Buy (add'l) | 04/08/09 | J | | |
| 386. | | | | | Buy (add'l) | 04/13/09 | J | | |
| 387. | | | | | Buy (add'l) | 04/14/09 | J | | |
| 388. | | | | | Buy (add'l) | 04/15/09 | J | | |
| 389. | | | | | Buy (add'l) | 05/26/09 | J | | |
| 390. | | | | | Sold (part) | 06/22/09 | J | A | |
| 391. Cmn Stk, Alcon Inc - IRA | A | Dividend | K | T | Buy | 05/06/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Buy (add'l) | 05/08/09 | J | | |
| 393. | | | | | Sold (part) | 12/09/09 | J | C | |
| 394. US Treasury Bill 04/09/09 - IRA | | None | | | Buy | 04/09/09 | N | | |
| 395. | | | | | Redeemed | 04/09/09 | N | | |
| 396. US Treasury Bill Reissue 04/16/09 - IRA | | None | | | Buy | 04/14/09 | N | | |
| 397. | | | | | Redeemed | 04/16/09 | N | | |
| 398. US Treasury Bill Reissue 05/21/09 - IRA | | None | | | Buy | 05/20/09 | N | | |
| 399. | | | | | Redeemed | 05/21/09 | N | | |
| 400. US Treasury Bill Reissue 06/11/09 - IRA | | None | | | Buy | 06/08/09 | N | | |
| 401. | | | | | Redeemed | 06/11/09 | N | | |
| 402. Billerica Mass Bond 2.5%, 11/01/10 | | None | K | T | Buy | 10/22/09 | K | | |
| 403. Town of Braintree MA 5%, 05/15/19 | A | Interest | K | T | Buy | 05/13/09 | K | | |
| 404. Houston Tex ARPT Sys Rev 5%, 07/01/21 | | None | K | T | Buy | 07/31/09 | K | | |
| 405. Massachusetts St Wtr 5 %, 08/01/21 | | None | K | T | Buy | 02/05/09 | K | | |
| 406. Cmn Stk, Alcon Inc | | None | J | T | Buy | 05/21/09 | J | | |
| 407. Cmn Stk, Campbell Soup Company | | None | | | Buy | 05/20/09 | J | | |
| 408. | | | | | Sold (part) | 06/22/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold | 06/23/09 | J | A | |
| 410. Cmn Stk. Coca Cola Company | A | Dividend | K | T | Buy | 05/20/09 | K | | |
| 411. | | | | | Buy (add'l) | 06/12/09 | J | | |
| 412. | | | | | Sold (part) | 07/13/09 | J | | |
| 413. | | | | | Sold (part) | 10/21/09 | J | A | |
| 414. Cmn Stk, Costco Wholesale Corp | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 415. | | | | | Buy (add'l) | 06/15/09 | J | | |
| 416. | | | | | Sold (part) | 08/21/09 | J | A | |
| 417. | | | | | Sold (part) | 08/27/09 | J | A | |
| 418. Cmn Stk, Diageo PLC | A | Dividend | K | T | Buy | 05/22/09 | J | | |
| 419. | | | | | Buy (add'l) | 06/17/09 | J | | |
| 420. | | | | | Buy (add'l) | 06/22/09 | J | | |
| 421. | | | | | Sold (part) | 12/16/09 | J | A | |
| 422. Cmn Stk, Gartner Inc | | None | J | T | Buy | 12/16/09 | J | | |
| 423. | | | | | Buy (add'l) | 12/22/09 | J | | |
| 424. Cmn Stk, Gilead Sciences Inc | | None | K | T | Buy | 06/10/09 | J | | |
| 425. | | | | | Buy (add'l) | 06/15/09 | J | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2) U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 06/29/09 | J | | |
| 427. | | | | | Buy (add'l) | 07/06/09 | J | | |
| 428. | | | | | Buy (add'l) | 07/27/09 | J | | |
| 429. | | | | | Buy (add'l) | 08/07/09 | J | | |
| 430. | | | | | Buy (add'l) | 08/27/09 | J | | |
| 431. | | | | | Buy (add'l) | 09/02/09 | J | | |
| 432. | | | | | Buy (add'l) | 12/21/09 | J | | |
| 433. Cmn Stk, Hasbro Inc | A | Dividend | K | T | Buy | 06/24/09 | J | | |
| 434. | | | | | Buy (add'l) | 06/25/09 | J | | |
| 435. | | | | | Buy (add'l) | 06/26/09 | J | | |
| 436. | | | | | Buy (add'l) | 06/29/09 | J | | |
| 437. | | | | | Buy (add'l) | 07/06/09 | J | | |
| 438. | | | | | Buy (add'l) | 07/09/09 | J | | |
| 439. | | | | | Buy (add'l) | 07/24/09 | J | | |
| 440. | | | | | Buy (add'l) | 07/27/09 | J | | |
| 441. | | | | | Buy (add'l) | 08/14/09 | J | | |
| 442. | | | | | Buy (add'l) | 10/22/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 12/16/09 | J | A | |
| 444. Cmn Stk, Marvel Entertainment Inc | | None | | | Buy | 05/22/09 | J | | |
| 445. | | | | | Sold | 09/18/09 | J | C | |
| 446. Cmn Stk, McCormick & Co Inc | A | Dividend | J | T | Buy | 05/20/09 | J | | |
| 447. Cmn Stk, McDonalds Corp | A | Dividend | K | T | Buy | 05/20/09 | K | | |
| 448. | | | | | Buy (add'l) | 06/15/09 | J | | |
| 449. | | | | | Buy (add'l) | 06/16/09 | J | | |
| 450. | | | | | Buy (add'l) | 08/04/09 | J | | |
| 451. Cmn Stk, Netflix Inc | | None | K | T | Buy | 05/21/09 | J | | |
| 452. | | | | | Buy (add'l) | 06/15/09 | J | | |
| 453. | | | | | Buy (add'l) | 07/29/09 | J | | |
| 454. | | | | | Buy (add'l) | 07/30/09 | J | | |
| 455. | | | | | Sold (part) | 10/26/09 | J | B | |
| 456. Cmn Stk, Nokia Corp SA | | None | | | Buy | 05/27/09 | J | | |
| 457. | | | | | Buy (add'l) | 06/17/09 | J | | |
| 458. | | | | | Buy (add'l) | 06/18/09 | J | | |
| 459. | | | | | Sold | 07/22/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Cmn Stk, Scripps NTWK | A | Dividend | K | T | Buy | 05/20/09 | J | | |
| 461. | | | | | Buy (add'l) | 06/17/09 | J | | |
| 462. | | | | | Buy (add'l) | 06/18/09 | J | | |
| 463. | | | | | Sold (part) | 09/16/09 | J | A | |
| 464. | | | | | Sold (part) | 10/01/09 | J | A | |
| 465. | | | | | Sold (part) | 10/26/09 | J | B | |
| 466. Cmn Stk, Sherwin-Williams Co | A | Dividend | J | T | Buy | 06/08/09 | J | | |
| 467. | | | | | Buy (add'l) | 06/17/09 | J | | |
| 468. | | | | | Buy (add'l) | 06/18/09 | J | | |
| 469. | | | | | Buy (add'l) | 11/02/09 | J | | |
| 470. Cmn Stk, Starbucks Corp | | None | | | Buy | 05/22/09 | J | | |
| 471. | | | | | Buy (add'l) | 06/16/09 | J | | |
| 472. | | | | | Buy (add'l) | 06/18/09 | J | | |
| 473. | | | | | Sold (part) | 07/17/09 | J | | |
| 474. | | | | | Sold (part) | 07/20/09 | J | A | |
| 475. | | | | | Sold | 07/21/09 | J | A | |
| 476. Cmn Stk, Time Warner Inc | A | Dividend | K | T | Buy | 05/20/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | B. Income during reporting period | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | | (2) | | | | | |
| 478. | | | | | | Buy (add'l) | 06/16/09 | J | |
| 479. | | | | | | Buy (add'l) | 06/19/09 | J | |
| 480. | | | | | | Sold (part) | 08/07/09 | J | A |
| 481. | | | | | | Sold (part) | 10/29/09 | J | A |
| 482. Cmn Stk, Unilever | A | Dividend | K | T | | Buy | 07/15/09 | J | |
| 483. | | | | | | Buy (add'l) | 07/16/09 | J | |
| 484. | | | | | | Buy (add'l) | 09/09/09 | J | |
| 485. | | | | | | Buy (add'l) | 09/10/09 | J | |
| 486. Cmn Stk, Wal-Mart Stores, Inc | A | Dividend | K | T | | Buy | 05/20/09 | K | |
| 487. | | | | | | Buy (add'l) | 06/03/09 | J | |
| 488. | | | | | | Buy (add'l) | 06/12/09 | J | |
| 489. | | | | | | Buy (add'l) | 06/16/09 | J | |
| 490. | | | | | | Sold (part) | 12/11/09 | J | A |
| 491. Cmn Stk , Weight Watchers Intl Inc | | None | K | T | | Buy | 10/15/09 | J | |
| 492. | | | | | | Buy (add'l) | 10/28/09 | J | |
| 493. | | | | | | Buy (add'l) | 10/29/09 | J | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  ● =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  O =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 11/05/09 | J | | |
| 495. | | | | | Buy (add'l) | 11/20/09 | J | | |
| 496.  Bk Clarke Cnty CD 0.85%, 06/08/09 | A | Interest | | | Buy | 02/06/09 | M | | |
| 497. | | | | | Redeemed | 02/06/09 | M | | |
| 498.  First St Bk IL NA CD 1.1%, 07/30/09 | A | Interest | | | Buy | 01/30/09 | K | | |
| 499. | | | | | Redeemed | 07/30/09 | K | | |
| 500.  M&I Marshall Bk CD 0.8%, 05/11/09 | A | Interest | | | Buy | 02/10/09 | M | | |
| 501. | | | | | Redeemed | 05/11/09 | M | | |
| 502.  US Treasury Bill 04/30/09 | A | Interest | | | Buy | 03/20/09 | M | | |
| 503. | | | | | Redeemed | 04/30/09 | M | | |
| 504.  US Treasury Bill 06/11/09 | A | Interest | | | Buy | 05/01/09 | M | | |
| 505. | | | | | Redeemed | 06/11/09 | M | | |
| 506.  MM Acct, HS Mgmt Partners - IRA (X) | A | Int./Div. | J | T | | | | | |
| 507.  MM Acct, HS Mgmt Partners (X) | A | Interest | J | T | | | | | |
| 508.  Cmn Stk, AOL Inc | | None | | | Buy | 05/15/09 | J | | |
| 509. | | | | | Buy (add'l) | 05/19/09 | J | | |
| 510. | | | | | Buy (add'l) | 06/11/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 06/19/09 | J | | |
| 512. | | | | | Sold (part) | 12/09/09 | J | A | |
| 513. | | | | | Sold | 12/11/09 | J | A | |
| 514. Cmn Stk, AOL Inc - IRA | | None | | | Buy | 12/09/09 | J | | |
| 515. | | | | | Sold | 12/16/09 | J | C | |
| 516. Cmn Stk, Time Warner Cable Inc - IRA | | None | | | Buy | 03/27/09 | K | | |
| 517. | | | | | Sold (part) | 03/27/09 | J | A | |
| 518. | | | | | Sold (part) | 04/03/09 | J | | |
| 519. | | | | | Sold | 04/06/09 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | O =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 4, line 4 - This asset was actually sold during 2008 and should not have indicated a gross value at the end of the 2008 reporting period.

2) Part VII, page 5, line 31 - This asset was actually sold during 2008 and should not have indicated a gross value at the end of the 2008 reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/21/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544